## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

DAVID LEE HILL                                    CIVIL ACTION NO. 13-0583

VERSUS                                            JUDGE S. MAURICE HICKS, JR.

HAI PHAN, ET AL.                                  MAGISTRATE JUDGE HORNSBY

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Sgt. Philip Craft's Motion for Judgment on the Pleadings (Record Document 166) is **GRANTED** and all claims against Sgt. Philip Craft are **DISMISSED** for failure to state a claim on which relief may be granted.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 8th day of August, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE