UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DAVID LEE HILL | CIVIL ACTION NO. 13-0583 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| HAI PHAN, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation (Record Document 174) of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' Motion for Judgment on the Pleadings or for Summary Judgment (Record Document 171) is **GRANTED** and all claims against all remaining Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Record Document 175) filed on November 16, 2016 is hereby **VACATED**, as it is duplicative of Record Document 174 and was entered in error.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 7th day of December, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE